HECTOR V. RAMIREZ, ESQ.
ramirez@nklegal.com

November 18, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019
```

**VIA ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      *Re:*    *Mercer v. 225 East President Street, LLC*
             **SDNY Case No.: 1:19-cv-09071-LGS**

Dear Judge Schofield,

      This office represents the Plaintiff, Stacey Mercer, in the above-captioned case. An initial pre-trial conference is scheduled for November 26, 2019 at 10:30 a.m.

      The Summons and Complaint are still in the process of being served and no one has appeared in the action for Defendant, East President Street, LLC. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendant time to make an appearance. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

      We thank the Court for your time and consideration in this matter.

Application GRANTED. The November 26, 2019, 10:30 a.m. conference is adjourned until **January 14, 2020, at 10:30 a.m.** Plaintiffs must serve the Summons and Complaint by December 30, 2019, under Fed. R. Civ. P. 4(m), otherwise this case may be dismissed for failure to prosecute.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:   */s/ Hector V. Ramirez*
       HECTOR V. RAMIREZ, ESQ.

Dated: November 19, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

HVR/amd