UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019____

------------------------------------------------------------X
                                :

STACEY MERCER,                      :

                  Plaintiff,    :

                      :          19 Civ. 9071 (LGS)

        -against-             :

                      :             ORDER

225 EAST PRESIDENT STREET, LLC,    :

                 Defendant.  :

                      :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavit of service at Dkt. No. 8 shows that Defendant 225 East President Street, LLC is required to respond to the Complaint by November 29, 2019. Defendant did not timely appear. It is hereby

**ORDERED** that, if Plaintiff is <u>not</u> in communication with Defendant, then Plaintiff shall file a letter by **December 17, 2019**, advising whether it intends to move for default judgment against Defendant. If Plaintiff is in communication with Defendant, then the parties shall jointly file their initial pretrial conference materials, in accordance with the Order at Dkt. No. 3, by January 7, 2020. Defendant shall also file its notice of appearance as soon as possible.

Dated:  December 3, 2019
         New York, New York

                              LORNA G. SCHOFIELD
                         UNITED STATES DISTRICT JUDGE