USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: January 24, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STACEY MERCER,

                      Plaintiff(s),      19 Civ. 9071 (LGS)

      -against-                    ORDER

225 EAST PRESIDENT STREET, LLC,

                      Defendant(s).

LORNA G. SCHOFIELD, United States District Judge:

The parties have reached a settlement in principle in this case. Accordingly, it is

**ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

Dated: January 24, 2020
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE